**Timothy COMSTOCK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39570.**

Missouri Court of Appeals,
Western District.

Feb. 2, 1988.
Application to Transfer Denied
April 19, 1988.

Dennis D. Goodden, Public Defender, Craig A. Johnston, Asst. Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and TURNAGE and CLARK, JJ.

**ORDER**

PER CURIAM.

Appeal from denial of relief under Rule 27.26.

Judgment affirmed. Rule 84.16(b).